UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES C. HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO et al.,<br><br>Defendants. | No. 2:21-cv-1948 DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983.  Plaintiff alleges that defendant was deliberately indifferent to the risks presented by the COVID-19 pandemic in violation of plaintiff's Eighth Amendment rights.  On June 5, 2023, the court referred this case to the court's post-screening ADR project and stayed the case for 120 days. (ECF No. 22.)  On September 6, 2023, defendant filed a motion to opt out of the post-screening ADR project.  (ECF No. 27.)  After reviewing the motion, the court finds good cause to grant defendants' motion.

////
////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 27) is granted and the stay of this action is lifted; and

2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

Dated: September 8, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Civil Rights/R/hern1948.optout.post.waiver