UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES C. HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK COVELLO,<br><br>Defendant. | No. 2:21-cv-1948-WBS-SCR P<br><br><br>ORDER |

Plaintiff requests a further extension of time to obtain documents from CDCR to respond to defendant's discovery requests. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 54) is granted; and

2. Plaintiff is granted 60 days from the date of this order in which to respond to the discovery defendant served on May 23, 2024; the time for the parties to complete discovery is extended until 60 days following the deadline for plaintiff's responses, and the dispositive motion deadline is extended to 120 days after the deadline for plaintiff's responses.

DATED: December 19, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE