IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ANDRES C. HERNANDEZ,**

Plaintiff,

v.

**PATRICK COVELLO, et al.,**

Defendants.

Case No. 2:21-cv-01948-WBS-SCR

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED ADMINISTRATIVE MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTIONS DEADLINES**

This matter having come before the Court on Defendant's Unopposed Administrative Motion to Extend Discovery and Dispositive Motions Deadlines and good cause appearing, the motion (ECF No. 58) is GRANTED.

The deadline for completion of discovery, including filing of discovery motions, is extended to June 20, 2025; and

The deadline for filing dispositive motions is extended to August 19, 2025.

IT IS SO ORDERED.

Dated: April 25, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE